Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELINA GODOY, director of the Center for Human Rights at the University of Washington,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>  Defendants. | Case No. 2:22-cv-1329-TL<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM FRCP 26(a) AND 26(f) REQUIREMENTS** |

It is hereby ORDERED that:

Pursuant the parties' stipulation (Dkt. No. 13), the parties are released from the initial disclosure requirements of FRCP 26(a)(1), as well as from the conference and discovery plan requirements of FRCP 26(f). The parties are to meet and confer no later than November 16, 2022, and to file a joint status report no later than November 30, 2022.

Dated this 28th day of October 2022.

_____
Tana Lin
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR RELIEF
FROM FRCP 26(a) AND 26(f) REQUIREMENTS - 1