District Judge Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington State Agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELA GODOY, Director of the Center for Human Rights at the University of Washington,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 2:22-cv-01329-TL<br><br>JOINT STATUS REPORT |

Pursuant to the parties' joint status report, filed November 30, 2022, ("November JSR") Dkt. 17, ¶ 3, the parties respectfully submit the following joint status report.

1. On September 20, 2022, Plaintiffs filed their Complaint seeking relief under the Freedom of Information Act ("FOIA") in connection with their requests for certain records which Plaintiffs believe to be in the possession, custody, or control of Defendants. Dkt. 1

2. On November 18, 2022, the Court entered a Revised Order Regarding Joint Status Report, requiring the parties to file a combined joint status report and discovery plan. Dkt. 15.

3. On November 28, 2022, Defendants filed their Answer. Dkt. 16.

JOINT STATUS REPORT
No. 2:22-cv-01329-TL - 1

4. On November 30, 2022, pursuant to the Court's November 18, 2022 Order, the parties filed the November JSR. Dkt. 17.

5. In the November JSR, the parties stated their concise positions concerning the relief requested in the Complaint. *Id.* at ¶ 1.

6. Plaintiffs stated that that they sought (1) production of certain documents responsive to their FOIA requests and already identified by Defendants by December 7, 2022, (2) production of other especially time-sensitive documents responsive to Plaintiffs' FOIA requests by January 17, 2022, and (3) rolling productions thereafter of other responsive documents starting on the 15th of every month[1] starting on February 15, 2023, until complete, with all productions completed by August 15, 2023. *Id.* at ¶ 1(A).

7. Defendants stated that the issues were relatively straightforward, and that no one FOIA request in the Complaint appeared particularly complex. *Id.* at ¶ 1(B). As Defendants have learned more about the numerous FOIA requests at issue, Defendants have come to believe that while the legal issues are straightforward, some of the FOIA requests will require a significant amount of labor to review the information for production. For example, some requests seek information that goes back over a decade and could involve millions of lines of data from multiple different systems, and others are seeking thousands of reports that need to be reviewed and redacted because they contain highly sensitive information about the status of noncitizens that cannot be made publicly available. Defendants stated further that they were hopeful the parties could agree on a reasonable schedule to fully satisfy Plaintiffs' FOIA requests. *Id.*

8. On December 14, 2022, the parties held a telephonic meet and confer during which they discussed the mechanism by which Defendants would produce documents, clarifications of certain of Plaintiffs' FOIA requests, an update on Defendants' search efforts, and the proposed production schedule Plaintiffs included in the November JSR. Plaintiffs provided a draft JSR on December 20, 2022, proposing the same dates for production Plaintiffs had proposed in the November JSR.

---

[1] If the 15th of the month falls on a Saturday, Sunday, or federal U.S. holiday, then the following business day.

JOINT STATUS REPORT
No. 2:22-cv-01329-TL - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

9. The parties have continued negotiating the terms of a reasonable production schedule, and agree to continue to meet and confer throughout the negotiation and production process. The parties have not yet agreed to the specific terms of a production schedule, but offer the following position statements:

   a. <u>Plaintiff's Position</u>: Plaintiffs' proposed a reasonable production schedule in their position statement in the November JSR. Attempts to reach a final agreement with Defendants regarding their commitments to a production schedule have not yet resulted in a comprehensive and mutually acceptable agreement. Plaintiffs are committed to continuing negotiating in good faith, but also recognize that documents responsive to certain of Plaintiffs' FOIA requests are especially time-sensitive—requiring production in January 2023 if they are to have value—and that anything less than a firm commitment by Defendants to complete all productions by August 15, 2023 gives Plaintiffs serious concern that Defendants cannot commit to a reasonable production schedule to satisfy their FOIA obligations. Plaintiffs submitted the FOIA requests at issue as early as February 2019, and will have been waiting for up to four years (and at the very least nine months) for production of these public documents if Defendants do not being productions until February, 2023. ICE has a duty to make responsive documents "promptly available." *Citizens for Resp. & Ethics in Washington v. Fed. Election Comm'n*, 711 F.3d 180, 188 (D.C. Cir. 2013). This "typically would mean within days or a few weeks of a determination, not months or years." *Id. See also, Payne Enters., Inc. v. United States*, 837 F.2d 486, 494 (D.C. Cir. 1988) ("[U]nreasonable delays in disclosing non-exempt documents violate the intent and purpose of the FOIA."). Because of the importance of time-sensitive productions in response to ICE0243, ICE0249, and ICE0090 by January 17, 2023, Plaintiffs believe the parties should be required to file their next JSR by February 1, 2023, to update the Court on their progress.

JOINT STATUS REPORT
No. 2:22-cv-01329-TL - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

     b. <u>Defendants' Position</u>: Defendants understand their commitments under FOIA and are continuing to work diligently to provide documents responsive to the requests at issue. Plaintiffs have brought an action concerning over 15 different FOIA requests, which were submitted at various times and are at various stages of completion. Defendants believe the Court should set a schedule that includes a date by which Defendants should comply with all the FOIA requests and let the Parties determine how best to meet that deadline. Multiple interim discovery deadlines and Joint Status Reports throughout the process will only hinder efforts at producing information, as well as unnecessarily burden the Court. Plaintiffs propose August 15, 2023, for that final date. Defendants would ask for September 15, 2023. Defendants are also amenable to producing documents on a rolling basis throughout this time starting in February 2023, or earlier if documents are ready prior to that. These dates would allow sufficient time for dispositive motion practice, which the parties earlier proposed for October 27, 2023. Defendants anticipate meeting and conferring informally with Plaintiffs throughout the discovery period to effectively manage issues as necessary, which may include seeking any additional time, if supported by good cause and as the Court allows.

DATED this 22nd day of December 2022.

                         Respectfully submitted,

JOINT STATUS REPORT
No. 2:22-cv-01329-TL - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DAVIS, WRIGHT, TREMAINE, LLP
Special Assistant Attorneys General

*s/ Daniel A. Fiedler*
DANIEL A. FIEDLER, WSBA #56436
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206-622-3150
Fax: 206-757-7700
Email: danielfiedler@dwt.com

Thomas R. Burke, Pro Hac Vice
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Phone: 415-276-6552
Fax: 415-276-6599
Email: thomasburke@dwt.com

*Attorneys for Plaintiffs*

NICHOLAS W. BROWN
United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL WSBA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: nickolas.bohl@usdoj.gov

*Attorney for Defendants*

JOINT STATUS REPORT
No. 2:22-cv-01329-TL - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax