District Judge Tana Lin

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington State Agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELA GODOY, Director of the Center for Human Rights at the University of Washington,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 2:22-cv-01329-TL<br><br>FEBRUARY 2023 JOINT STATUS REPORT |

Pursuant to the Court's Order of December 29, 2022, Dkt. 19, the parties respectfully submit the following joint status report.

1. On September 20, 2022, Plaintiffs filed their Complaint seeking relief under the Freedom of Information Act ("FOIA") in connection with their requests for certain records which Plaintiffs believe to be in the possession, custody, or control of Defendants. Dkt. 1

2. On November 18, 2022, the Court entered a Revised Order Regarding Joint Status Report, requiring the parties to file a combined joint status report and discovery plan. Dkt. 15.

3. On November 28, 2022, Defendants filed their Answer. Dkt. 16.

4. On November 30, 2022, the parties filed a join status report ("November JSR").

FEBRUARY 2023 JOINT STATUS REPORT
No. 2:22-cv-01329-TL - 1

5.      In the November JSR, the parties stated their concise positions concerning the relief requested in the Complaint. *Id.* at ¶ 1. Plaintiffs stated that that they sought (1) production of certain documents responsive to their FOIA requests and already identified by Defendants by December 7, 2022, (2) production of other especially time-sensitive documents responsive to Plaintiffs' FOIA requests by January 17, 2022, and (3) rolling productions thereafter of other responsive documents on the 15th of every month—or if that date falls on a weekend or federal holiday, then the following business day—starting February 15, 2023, until complete, with all productions completed by August 15, 2023. *Id.* at ¶ 1(A). Defendants stated that the issues were relatively straightforward and that no one FOIA request in the Complaint appeared particularly complex. *Id.* at ¶ 1(B). Defendants stated further that they were hopeful the parties could agree on a reasonable schedule to fully satisfy Plaintiffs' FOIA requests. *Id.*

6.      On December 8, 2022, Defendants made their first production since the start of litigation, which consisted of one partially redacted 153-page file ("December Production"). Defendants' position is that the December Production satisfied Defendants' obligations in response to requests ICE0120 and ICE0058. Plaintiffs are evaluating the December Production and will continue to confer with Defendants if further questions or issues arise with respect to ICE0120 and ICE0058.

7.      On December 14, 2022, the parties held a telephonic meet and confer during which they discussed the mechanism by which Defendants would produce documents, clarifications of certain of Plaintiffs' FOIA requests, an update on Defendants' search efforts, and the proposed production schedule Plaintiffs included in the November JSR. Plaintiffs provided a draft JSR on December 20, 2022, proposing the same dates for production Plaintiffs had proposed through the November JSR.

8.      On December 22, 2022, the parties filed a JSR ("December JSR") in which they stated their positions with respect to a production schedule. Dkt. 18. Plaintiffs re-stated the proposed production schedule from the November JSR, with monthly productions and a deadline of August 15, 2023, for the completion of all productions. *Id.* ¶ 9(a).

FEBRUARY 2023 JOINT STATUS REPORT
No. 2:22-cv-01329-TL - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

9.   On December 29, the Court entered an Order Setting Bench Trial Date and Related Dates, Dkt. 19, setting the deadline for the parties' next joint status report for February 1, 2023.

10.   On January 23, 2023, Defendants made their second production since the start of litigation available to Plaintiffs.[1] Plaintiffs are in the process of reviewing this production.

11.   As stated in the November JSR and December JSR, Plaintiffs have requested that Defendants make productions on a rolling basis, with at least one production per month, to be produced by the 15th of every month—or if that date falls on a weekend or federal holiday, then the following business day—starting February 15, 2023, until complete.

12.   As is their standard practice, Defendants intend to make productions at least once a month, or more, as documents are reviewed and finalized.

13.   The parties have agreed that Defendants will prioritize the following requests as described in the Complaint and the parties' correspondence: ICE0250, ICE0078, ICE0120, ICE 0058, ICE0243, ICE0249, and ICE0090. To the extent not already complete, Defendants will focus their search and collection efforts on producing documents responsive to these requests first, and then shift their focus to the remaining FOIA requests as listed in the Complaint and the parties' correspondence.

14.   The parties have agreed that a final production deadline of no later than September 15, 2023 would allow enough time for Defendants to complete their productions in response to all FOIA requests included in the Complaint. Plaintiffs maintain their position that good faith search and collection efforts would allow Defendants enough time to satisfy their FOIA obligations and complete their productions by August 15, 2023.

15.   Plaintiffs respectfully request the Court enter an order requiring the parties' next joint status report be filed with the Court by April 3, 2023, to update the Court on the progress of the productions.

//

//

---

[1] Due to a technical difficulty, Plaintiffs first access to the second production was on January 27, 2023.

FEBRUARY 2023 JOINT STATUS REPORT
No. 2:22-cv-01329-TL - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

16. Defendants believe such reports are an unnecessary use of the Court's and the parties' time and resources but will abide by whatever schedule the Court sets.

DATED this 1st day of February 2023.

        Respectfully submitted,

        DAVIS, WRIGHT, TREMAINE, LLP
        Special Assistant Attorneys General

        *s/ Daniel A. Fiedler*
        DANIEL A. FIEDLER, WSBA #56436
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104-1610
        Phone: 206-622-3150
        Fax: 206-757-7700
        Email: danielfiedler@dwt.com

        Thomas R. Burke, Pro Hac Vice
        505 Montgomery Street, Suite 800
        San Francisco, CA 94111-6533
        Phone: 415-276-6552
        Fax: 415-276-6599
        Email: thomasburke@dwt.com

        *Attorneys for Plaintiffs*

        NICHOLAS W. BROWN
        United States Attorney

        *s/ Nickolas Bohl*
        NICKOLAS BOHL WSBA #48978
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-7970
        Fax: 206-553-4067
        Email: nickolas.bohl@usdoj.gov

        *Attorney for Defendants*

FEBRUARY 2023 JOINT STATUS REPORT
No. 2:22-cv-01329-TL - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax