UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSITY OF WASHINGTON et al, <br><br> Plaintiff(s), <br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al, <br><br> Defendant(s). | CASE NO. 2:22-cv-01329-TL <br><br> ORDER |

  This is a Freedom of Information Act ("FOIA") litigation for the production of certain records that are believed to be in the possession, custody, or control of Defendants.

  A bench trial in this matter is scheduled for February 20, 2024. Dkt. No. 19 at 1. The Court also previously set a deadline of September 1, 2023, for the completion of all discovery, including FOIA productions. *Id.* at 2.

  The Parties filed a joint status report on February 1, 2023. Dkt. No. 20. The Parties represent that Defendants have made two productions since December 2022 and that Defendants intend to make rolling productions—with at least one production a month—and complete their

ORDER - 1

productions by September 15, 2023. *Id.* at 3. Plaintiffs believe that Defendants can complete their production by August 15. *Id.* Plaintiffs request that the Court set a deadline of April 3 for the Parties' next joint status report, while Defendants believe that such a deadline would be an unnecessary use of the Court's and the Parties' time and resources. *Id.* at 3–4.

The Court trusts that Defendants will abide by their intentions to make their productions in a good faith manner and takes Defendants' point regarding the efficient use of resources. The Court declines to set a deadline for the Parties' next joint status report. Plaintiffs should move to compel or seek other action of the Court if the need arises.

However, the Court notes that Defendants have not moved for or justified the extension of their production deadline to September 15. Therefore, the Court reminds Defendants to complete their FOIA production by **September 1, 2023**, as previously ordered (Dkt. No. 19 at 2), or timely move to seek an extension of the deadline.

Dated this 2nd day of February 2023.

Tana Lin
United States District Judge

ORDER - 2