District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington State Agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELA GODOY, Director of the Center for Human Rights at the University of Washington, | Case No. 2:22-cv-01329-TL<br><br>STIPULATED NOTICE FOR EXTENSION OF TIME |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| Defendants. | |

Pursuant to Judge Lin's Standing Order for all Civil Cases, the Parties have agreed to move the following deadline: deadline to complete discovery from September 1, 2023, to September 29, 2023.  The Parties request the Clerk to reset the deadline as noticed.

//

STIPULATED NOTICE FOR EXTENSION OF TIME
2:22-cv-01329-TL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        Stipulated to and presented this 31st day of August, 2023.

2

3    DAVIS, WRIGHT, TREMAINE, LLP        TESSA M. GORMAN
     Special Assistant Attorneys General        Acting United States Attorney

4                                           *s/ Nickolas Bohl*
     *s/ Daniel A. Fiedler*                  NICKOLAS BOHL WSBA #48978

5    DANIEL A. FIEDLER, WSBA #56436     Assistant United States Attorney
     920 Fifth Avenue, Suite 3300           United States Attorney's Office

6    Seattle, WA 98104-1610               700 Stewart Street, Suite 5220
     Phone: 206-622-3150                 Seattle, Washington 98101-1271

7    Fax: 206-757-7700                     Phone: 206-553-4639
     Email: danielfiedler@dwt.com           Fax: 206-553-4067

8                                             Email: nickolas.bohl@usdoj.gov
     Thomas R. Burke, Pro Hac Vice

9    50 California Street, 23rd Floor         *Counsel for Defendants*
     San Francisco, CA 94111-6533

10   Phone: 415-276-6500
     Fax: 415-276-6599

11   Email: thomasburke@dwt.com

12   *Counsel for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED NOTICE FOR EXTENSION OF TIME        UNITED STATES ATTORNEY
2:22-cv-01329-TL                          700 STEWART STREET, SUITE 5220
PAGE– 2                                 SEATTLE, WASHINGTON 98101
                                       (206) 553-7970