District Judge Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington State Agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELA GODOY, Director of the Center for Human Rights at the University of Washington,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 2:22-cv-01329-TL<br><br>STIPULATION AND MOTION FOR EXTENSION OF TIME<br><br>Noted For Consideration: November 30, 2023 |

The parties make the following stipulation and move to extend the trial date and related deadlines.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

STIPULATION FOR EXTENSION OF TIME
2:22-cv-01329-TL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties submit there is good cause for an extension of the deadline. Since the last extension, ICE has produced additional information and the parties have exchanged proposals in good faith on one remaining request. The parties are continuing to narrow the issues and remain hopeful that the matter can be resolved without briefing on the merits. The parties want to work through the few remaining issues expeditiously with using as little Court resources as possible.

Counsel have conferred and the parties jointly request that the below dates be extended based on the parties' continuing efforts to date. The parties both agree that additional time is necessary in order to properly work through the issues in this case and resolve it without the need for motion practice or at least minimizing the number of issues that need to be brought to the Court's attention. Continuing the existing deadlines for a limited time will allow the parties to efficiently address all issues for the Court's review.

The parties propose the following deadlines:

| **Deadline** | **Current Date** | **Extended Date** |
| --- | --- | --- |
| Discovery Cutoff | November 30, 2023 | January 29, 2024 |
| Dispositive Motions | January 5, 2024 | March 5, 2024 |

DATED this 30th day of November, 2023

//

//

STIPULATION FOR EXTENSION OF TIME
2:22-cv-01329-TL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| DAVIS, WRIGHT, TREMAINE, LLP<br>Special Assistant Attorneys General<br><br>*s/ Daniel A. Fiedler*<br>DANIEL A. FIEDLER, WSBA #56436<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Phone: 206-622-3150<br>Fax: 206-757-7700<br>Email: danielfiedler@dwt.com<br><br>Thomas R. Burke, Pro Hac Vice<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533<br>Phone: 415-276-6552<br>Fax: 415-276-6599<br>Email: thomasburke@dwt.com<br><br>*Counsel for Plaintiffs* | TESSA GORMAN<br>Acting United States Attorney<br><br>*s/ Nickolas Bohl*<br>NICKOLAS BOHL WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendants*<br><br>I certify that this memorandum contains 248 words in compliance with the Local Rules. |

STIPULATION FOR EXTENSION OF TIME
2:22-cv-01329-TL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this _____ day of _____, 2023.

_____
TANA LIN
United States District Judge

STIPULATION FOR EXTENSION OF TIME
2:22-cv-01329-TL
PAGE– 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970