District Judge Tana Lin

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington State Agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELA GODOY, Director of the Center for Human Rights at the University of Washington, | Case No. 2:22-cv-01329-TL<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>Noted For Consideration: November 30, 2023 |

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; and UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

Defendants.

19

20

    The parties make the following stipulation and move to extend the trial date and related

deadlines.

    A court may modify a deadline for good cause.  Fed. R. Civ. P. 6(b).  Continuing pretrial

and trial dates is within the discretion of the trial judge.  *See King v. State of California*,

784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension of the deadline.  Since the last extension, ICE has produced additional information and the parties have exchanged proposals in good faith on one remaining request.  The parties are continuing to narrow the issues and remain hopeful that the matter can be resolved without briefing on the merits.  The parties want to work through the few remaining issues expeditiously with using as little Court resources as possible.

Counsel have conferred and the parties jointly request that the below dates be extended based on the parties' continuing efforts to date.  The parties both agree that additional time is necessary in order to properly work through the issues in this case and resolve it without the need for motion practice or at least minimizing the number of issues that need to be brought to the Court's attention.  Continuing the existing deadlines for a limited time will allow the parties to efficiently address all issues for the Court's review.

The parties propose the following deadlines:

| Deadline | Current Date | Extended Date |
|---|---|---|
| Discovery Cutoff | November 30, 2023 | January 29, 2024 |
| Dispositive Motions | January 5, 2024 | March 5, 2024 |

DATED this 30th day of November, 2023

//

//

1

2  DAVIS, WRIGHT, TREMAINE, LLP          TESSA GORMAN
   Special Assistant Attorneys General    Acting United States Attorney

3
   *s/ Daniel A. Fiedler*                 *s/ Nickolas Bohl*
4  DANIEL A. FIEDLER, WSBA #56436         NICKOLAS BOHL WSBA #48978
   920 Fifth Avenue, Suite 3300           Assistant United States Attorney
5  Seattle, WA 98104-1610                 United States Attorney's Office
   Phone: 206-622-3150                    700 Stewart Street, Suite 5220
6  Fax: 206-757-7700                      Seattle, Washington 98101-1271
   Email: danielfiedler@dwt.com           Phone: 206-553-7970
7                                         Fax: 206-553-4067
   Thomas R. Burke, Pro Hac Vice          Email: nickolas.bohl@usdoj.gov
8  505 Montgomery Street, Suite 800
   San Francisco, CA 94111-6533           *Counsel for Defendants*
9  Phone: 415-276-6552
   Fax: 415-276-6599                      I certify that this memorandum contains 248
10 Email: thomasburke@dwt.com             words in compliance with the Local Rules.

11 *Counsel for Plaintiffs*

12

13                              <u>**ORDER**</u>

14      The Parties having stipulated and agreed, it is hereby so ORDERED.

15       Dated this 30th day of November 2023.

16

17                                         Tana Lin
                                           United States District Judge
18

19

20

21

22

23

24